UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PARSHALL,<br><br>              Plaintiff,<br><br>    v.<br><br>ALEXION PHARMACEUTICALS, INC., DAVID R. BRENNAN, JOHN T. MOLLEN, CHRISTOPHER J. COUGHLIN, FRANCOIS NADER, DEBORAH DUNSIRE, JUDITH A. REINSDORF, PAUL A. FRIEDMAN, ANDREAS RUMMELT, and LUDWIG N. HANTSON,<br><br>              Defendants. | Case No. 1:21-cv-02670 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff James Parshall ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 11, 2021

**WEISSLAW LLP**

By: */s/ Richard A. Acoccelli*
    Richard A. Acocelli
    1500 Broadway, 16th Floor
    New York, NY  10036
    Telephone: 212/682-3025
    Facsimile:  212/682-3010

*Attorneys for Plaintiff*